UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 15-10386-RGS

UNITED STATES OF AMERICA

v.

JEHU HAND

RESPOINSE TO PARTIES' SATEMENT
OF ESTIMATED TRIAL TIME

April 17, 2018

STEARNS, D.J.

In their jointly filed April 16, 2018 response, the parties estimate that they will collectively require some 85 hours of jury time (exclusive of empanelment, opening statements, preliminary and final instructions, and closing arguments) to try this seemingly straightforward, single-defendant case involving two conspiracies that are largely identical in facts and fully identical in law. The 85-hour estimate translates into five to six weeks of trial. This amount of time the court does not have available. The court's current schedule allows at best only fourteen business days for the trial (April 30 to May 17). Unless the parties are able to be more creative in their trial planning, the court has no choice (given the age of the case) but to return it to the Clerk to be drawn to a different judge for trial.

## ORDER

The court will withhold any recusal until Friday, April 20, 2018, to give the parties an opportunity to respond further.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE