UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>JEHU HAND   )<br>)<br>Defendant.   ) | CRIMINAL ACTION<br>No. 15-10386 WGY |

JURY VERDICT

We find Jehu Hand:

1. On the charge of conspiracy to commit securities and wire fraud concerning Greenway Technology

   _____ not guilty       __✓__ guilty

2. On the charge of securities fraud concerning Greenway Technology

   _____ not guilty       __✓__ guilty

3. On the charge of wire fraud concerning Greenway Technology by means of Exhibit 158

   _____ not guilty       __✓__ guilty

4. On the charge of conspiracy to commit securities and wire fraud concerning Crown Marketing

   _____ not guilty       __✓__ guilty

5. On the charge of securities fraud concerning Crown Marketing

   _____ not guilty       __✓__ guilty

6. On the charge of wire fraud concerning Crown Marketing by means of Exhibit 159

   _____ not guilty       __✓__ guilty

7. On the charge of destruction of records to impede a federal investigation

   __✓__  not guilty     _____  guilty

8. On the charge of destruction of records to impede a federal grand investigation

   __✓__  not guilty     _____  guilty

9. What loss, if any, resulted from the criminal activity?

    \_\_\_\_ $0 to $6,500

    \_\_\_\_ $6,501 to $15,000

    \_\_\_\_ $15,001 to $40,000

    \_\_\_\_ $40,001 to $95,000

    \_\_\_\_ $95,001 to $150,000

    \_\_\_\_ $150,001 to $250,000

    \_\_\_\_ $250,001 to $550,000

    \_\_\_\_ $550,001 to $1,500,000

    _✓_ $1,500,001 to $3,500,000

10. Was mass marketing used to accomplish the criminal activity?

    \_\_\_\_ no     _✓_ yes

11. Did Jehu Hand use sophisticated means to accomplish the criminal activity?

    \_\_\_\_ no     _✓_ yes

12. Did Jehu Hand use special skills to accomplish the criminal activity?

    \_\_\_\_ no     _✓_ yes

                                                                             _[signature]_
                                                                             Forelady

Date: 5/21/18